No. 79–5336. McCONKEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5353. DRYE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–5368. CROWDER v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 79–5418. WALDROP v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 79–5426. QURESHI v. COMMISSIONER OF INTERNAL REVENUE. C. A. D. C. Cir. Certiorari denied.

No. 79–5441. HARRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5444. KEEFER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5450. YOUNG ET AL. v. LANDRIEAU, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–5460. GREER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5467. MARCUS v. INTERNAL REVENUE SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–5482. GRIZZELL v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 79–5504. JOHNSTONE v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.